IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | CASE NO: 10-55072 |
| Mariano Frances Brantley | Chapter 13 |
| Debtor(s). | Judge Marilyn Shea-Stonum |
| | ADVERSARY NO: |
| Mariano Frances Brantley<br>737 Grace Ave.<br>Akron, OH 44320 | |
| Plaintiff | COMPLAINT TO DETERMINE THAT CLAIM OF CITIMORTGAGE AND/OR MORTGAGEIT, INC. IS AN UNSECURED CLAIM |
| v. | |
| CitiMortgage<br>P.O. Box 183040<br>Columbus, OH 43218-3040 | |
| Defendant | |
| and | |
| Mortgageit, Inc.<br>33 Maiden Lane, 6th Floor<br>New York, NY 10038 | |
| Defendant. | |

Mariano Frances Brantley, the plaintiff herein, by and through the undersigned counsel, for her complaint against CitiMortgage and Mortgageit, Inc. alleges as follows:

1. This is a core proceeding over which this Court has jurisdiction under 28 U.S.C. Sec. 157(b).

2. The plaintiff is the debtor in this chapter 13 case. The defendant, Mortgageit, Inc., claims or may claim to hold a secured claim against the debtor by virtue of a mortgage dated April 7, 2006 between the plaintiff as mortgagor and Mortgageit, Inc., as mortgagee. The defendant, CitiMortgage, claims or may claim to hold an interest in this mortgage as a servicing agent, assignee or in some other way. This mortgage is designated as reception number 55312917 in the records of the Summit County, Ohio Fiscal Officer, recording division, and was filed for record on April 20, 2006. Upon information and belief, the plaintiff states that she owes an approximate principal balance of $14,300.23 on this indebtedness.

3. The alleged mortgage referred to in the preceding paragraph is a second mortgage on the plaintiff's residential real estate located at 737 Grace Avenue, Akron, Ohio.

4. GMAC holds the first mortgage encumbering the plaintiff's residential real estate. The debtor avers that she owes an approximate principal balance of $74,931.11 on this first mortgage.

5. The value of the plaintiff's residential real estate referred to above, according to the appraisal of the Summit County, Ohio Fiscal Officer, attached hereto as Exhibit "A," is $55,630.00.

6. Under the reasoning of *Lane v. Western Interstate Bancorp* (*In re Lane*), 280 F.3d 663 (6th Cir. 2002), the plaintiff's obligation to the defendants, if any, is a wholly

unsecured claim and, as such, is subject to lien stripping.

WHEREFORE, the plaintiff requests the entry of an order declaring that her obligation owed to the defendants, if any, is a wholly unsecured claim and should be allowed and paid as a general unsecured creditor inside the plan.  The plaintiff is further entitled to a judgment declaring that the above-referenced second mortgage is null, void and without any legal effect whatsoever.

/s/ Robert M. Whittington, Jr. 0007851
Attorney for the Plaintiff
159 S. Main St., Suite 1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
elkwhitt@neo.rr.com

# Survivorship Deed

I, ROBERT C. MALCOLM, a married man, the Grantor, for valuable consideration paid, grant, with General Warranty covenants, to TOMMY BRANTLEY and MARIANO F. BRANTLEY, the Grantees, for their joint lives, remainder to the survivor of them, whose tax mailing address is ,

The following Real Property: Situated in the City of Akron, County of Summit and State of Ohio:

And known as being all of Lot Number Five (5) in the Hassler Re-Subdivision as recorded in Plat Book 30, Page 70 of the Summit County Records of Plats. Said lot having a frontage of 45 feet on the Northeasterly side of Grace Avenue and extending back a distance of 193.96 feet on the Northwesterly line, 193.85 feet on the Southeasterly line and having a rear line of 45 feet as shown by the recorded plat.

The real property described above is conveyed subject to, and there are excepted from the general warranty covenants, all reservations, restrictions, easements, covenants and conditions of record, legal highways, zoning, building and other laws, ordinances and regulations, real estate taxes and assessments not yet due and payable, and rights of tenants in possession, if any.

Also known as 737 Grace Avenue, Akron, Ohio 44320
PM: 68-16727; PPN: 03-01119-08-015.000
Prior Instrument Reference: 54991652

Description approved by Tax Maps
Approval good for 30 days from
3/11/9   [initials]   6-30-04

I, CANDI L. MALCOLM, wife of ROBERT C. MALCOLM, hereby release all rights of dower in the above-described premises.

Executed by us this 21 day of June, 2004.

_Robert C. Malcolm_          _Candi L. Malcolm_
ROBERT C. MALCOLM            CANDI L. MALCOLM

State of Ohio, ) Before me, a notary public, in and for said County,
) personally appeared the above named
Summit County ) ROBERT C. MALCOLM and CANDI L. MALCOLM, who acknowledged that they did sign the foregoing instrument, and that the same is their free act and deed.

In Testimony Whereof, I have hereunto set my hand and official seal, at ,
Ohio, this 21 day of JUNE, 2004.

_Calvin R. King_
Notary Public

This instrument prepared by
Richard T. Schnars, Esq.
3205 Bretton Street, NW, Suite 300
North Canton, OH 44720
(330) 497-4501

CALVIN R. KING, Notary Public
Residence-Summit County
Statewide Jurisdiction, Ohio
My Commission Expires Dec. 2, 2008

Recording stamp: 55069693, Pg: 1 of 2, 07/01/2004 10:26A, DE 28.00, John A Donofrio, Summit Fiscal Officer


John A Donofrio, Summit Fiscal Officer

55069693
Pg: 2 of 2
07/01/2004 10:26A
DE 28.00

TRANSFERRED IN COMPLIANCE WITH
SEC.319.202 REV. CODE
$82,935.00  $ 332.00 FEE
Consideration
JOHN A. DONOFRIO    By_____
Fiscal Officer        Deputy Fiscal Officer
No. of pages ___1___

TRANSFERRED
2004 JUN 30 PM 3:20

```
E X H I B I T   A
```

[Print] [Pay by Phone] [Pay On-Line]

# John A. Donofrio
### Fiscal Officer, County of Summit

Note: This is a live file and is subject to constant change.

[Print]

**IAS4 - INTEGRATED ASSESSMENT SYSTEM REVIEW DOCUMENT**
**Summit County Auditor Division, OH - Tax Year 2010**

Reference Year
OCT 15, 2010
10:40 AM

## BASIC INFORMATION FOR PARCEL 6816727

| | | | | |
|---|---|---|---|---|
| **PARCEL** | 6816727 | **ALT_ID** 030111908015000 | **NO CARDS** | 1 |
| **OWNER** | BRANTLEY MARIANO F | | **INFO** | |
| **OWNER** | | | **---LISTER---** | |
| **DESC.** | HASSLER LOT 5 ALL | | 562 | 06-NOV-06 |
| **DESC.** | | | **RENTAL REG** | |
| **DESC.** | | **LUC** 510 | R - SINGLE FAMILY DWELLING, PLATTED | |
| **ADDR.** | 737 GRACE AVE , AKRON 44320- | | **VAC/ABAND** | |
| **SPEC FLAG** | | | **NBR** | 30100208 |
| **HOMESTEAD** | No | | **2.5% REDUCTION** | Yes |
| **DISTRICT** | 68  AKRON CITY-AKRON CSD | | **INTER-COUNTY** | 77-0530 |

## LAND FOR PARCEL 6816727

| CODE | ACTUAL | BASE | DEPTH | UNIT | DEP/FAC | INCR/DECR | INFLUENCE | INFLU% | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 45 | 40 | 194 | 325 | 1.12 | 160/160 | | | 15460 |

**LOT CODE:** 01 = HOUSE LOT

## RESIDENTIAL CARD 1 OF 1 FOR PARCEL 6816727

| | | | |
|---|---|---|---|
| **STYHT** | 1 | **HT/AC** | CENTRAL |
| **CONST** | ALUMINUM/VINYL | **FUEL** | GAS |
| **MSRY TRIM** | | **SYSTEM** | FORCED AIR |
| **TYPE** | RANCH | **ATTIC** | NO |
| **YR BUILT** | 1962 | **FINBSMT** | |
| **EFF YR** | | **REC RM** | |
| **YRREMDLD** | | **FRP PREFB** | |
| **TOT RM** | 5 | **FRPL OP/ST** | |
| **BEDRM** | 3 | **BSMT GAR** | |
| **FAMLYRM** | | **PHYSICAL** | 64 |
| **FULL/BTH** | 1 | **FUNC DEP** | |
| **HALF/BTH** | | **FUNC RSN** | |
| **TOT FIXTRS** | 5 | **ECON DEP** | 86 |
| **BSMT** | FULL | **ECON RSN** | 70 |
| **GFLA** | 1040 | **GRADE** | 060 |
| **SFLA** | 1040 | **COND (CDU)** | AVERAGE    (100%) |
| | | **PCT CMPL** | |

**DESCRIPTION:** RANCH ALUMINUM/VINYL 1 STORY WITH 1040 SQ FT GROUND FLOOR LIVING AREA AND 1040 TOTAL SQ FT LIVING AREA, BUILT ABOUT 1962. IT HAS 5 TOTAL ROOMS WITH 3 BEDROOMS, 1 FULL BATHROOM, A FULL BASEMENT, HEATING IS CENTRAL AND THE OVERALL CONDITION IS AVERAGE.

```
+---------------26---------------+
|                                |
|                                |
|                                |
|                                |
|                                |
|                                |
|                                |
|                                |
```

```
      |               |
    4 |               | 4
    0 |       A       | 0
      |               |
      |               |
      |               |
      |               |
      |               |
      |               |
      |               |
      |               |
      +------26-------+
```

**SECONDARY:**

| CODE | YR BLT | SQ FT | MODS | CD | %GOOD | %COMP | FUN UNIT | FUN/ RS | ECO/ RS | RCNLD |
|------|--------|-------|------|----|----|----|----|----|----|----|
| G20  | 1992   | 1     |      | E  | 80 |    | 1  |    |    | 6400 |

G20 = GARAGE DETACHED FRAME/BLOCK

## SUMMARY ALL CARDS FOR PARCEL 6816727

| | | | | | |
|---|---|---|---|---|---|
| LAND: | 15460 | BUILDING: | 40170 | TOTAL: | 55630 |
| ASSESSED LAND: | 5410 | ASSESSED BLDG: | 14060 | ASSESSED TOTAL: | 19470 |

## SALES INFORMATION FOR PARCEL 6816727

| DATE | DOC# | GRANTOR | AMT | SALE | DESC | PARCELS |
|------|------|---------|-----|------|------|---------|
| 27-JUN-05 | 13870 | BRANTLEY TOMMY & MARIANO F | | | | 1 |
| 30-JUN-04 | 13840 | MALCOLM ROBERT C | 82925 | F | | 1 |
| 22-DEC-03 | 27490 | SECRETARY OF HOUSING & URBAN D | | | | 1 |
| 30-OCT-03 | 23407 | HALL PAMELA D | | | | 1 |
| 19-NOV-01 | 23634 | OWENS LOUISE | 65000 | 1 | VALID | 1 |
| 16-MAR-01 | 4556  | OWENS LOUISE | | | | 0 |

[ Print ]   [ Pay by Phone ]   [ Pay On-Line ]

## 2010 SUMMARY INFORMATION FOR PARCEL 6816727

| | | | |
|---|---|---|---|
| **MAILING ADDRESS** | | **LUC** | 510 |
| BRANTLEY MARIANO F | | **CLASS** | R |
| 737 GRACE AVE | | **2.5%** | Y |
| AKRON, OH  44320 | | **HMSTD** | N |
| **APPRAISED VALUE** | 55,630 | **CAUV** | N |
| **TAXABLE VALUE** | 19,470 | **FOREST** | N |
| **BANK CODE** | 5319  GMAC MORTGAGE CORP | **STUB** | |
| **TREAS CODE** | | **CERT YEAR** | N |
| **CUR YR REFUND** | | **DELQ CONTRACT** | N |
| **PRI YR REFUND** | | **BANKRUPTCY** | N |
| **MONEY IN ESCROW** | | **FORECLOSURE** | N |
| **MONEY IN PRETAX** | | | |

### Beginning Tax Duplicate

Where Do My Tax Dollars Go?    Voter Approved Levy Tax

| | First Half Charges | Second Half Charges |
|---|---|---|
| Realestate | 0.00 | 0.00 |
| Special Assessment | 0.00 | 0.00 |
| Total | 0.00 | 0.00 |
| Due Date | NOV 24, 2010 | JUL 16, 2010 |

**Total Tax Amount Due Reflects Payment & Adjustment To Date**

|  | DELQ | 1st HALF | 2nd HALF |
|---|---|---|---|
| TOTAL REAL ESTATE AND SPECIAL CHARGES | 0.00 | 0.00 | 0.00 |
| P & I & ADJ | 0.00 | 0.00 | 0.00 |
| PAYMENTS | 0.00 | 0.00 | 0.00 |
| AMOUNT DUE | 0.00 | 0.00 | 0.00 |
| YEARLY AMOUNT DUE: |  |  | 0.00 |

### 2010 TAX BILL DETAILS FOR PARCEL 6816727

| DATE | SETTLE # | PROJ. ACTION /CODE | 1st HALF | 2nd HALF |
|---|---|---|---|---|
| DELQ REAL ESTATE & ASSESSMENT TAX: | | | 0.00 | |
| ADJUSTMENT: | | | 0.00 | |
| DECEMBER INTEREST: | | | 0.00 | |
| AUGUST INTEREST: | | | 0.00 | |
| **TOTAL** | | | **0.00** | |
| REAL ESTATE CHARGES: | | | 0.00 | 0.00 |
| SPECIAL ASSESSMENT CHARGES: | | | 0.00 | 0.00 |
| ADJUSTMENT: | | | 0.00 | 0.00 |
| **TOTAL CHARGES:** | | | **0.00** | **0.00** |
| PAYMENTS: | DATE | TYPE | | |
| **TOTAL PAYMENTS:** | | | **0.00** | **0.00** |
| FH/SH AMOUNT DUE: | | | 0.00 | 0.00 |

**SPECIAL ASSESSMENT:**

| PROJECTNAME | | | END | 1st HALF | 2nd HALF |
|---|---|---|---|---|---|

### GENERAL INFORMATION

JOHN A. DONOFRIO
FISCAL OFFICER, COUNTY OF SUMMIT
175 SOUTH MAIN ST.
AKRON, OHIO 44308

*PLEASE DIRECT INQUIRIES CONCERNING PROPERTY VALUES TO*

| (330)-643-2645 | SPECIAL ASSESSMENTS |
| (330)-643-2710 | APPRAISAL INFORMATION |
| (330)-643-2661 | HOMESTEAD |
| (330)-643-2638 | GENERAL REAL ESTATE |

*PLEASE DIRECT INQUIRIES ABOUT YOUR TAX BILL INFORMATION TO*

| (330)-643-2867 | TREASURER DIVISION PRE-PAYMENT PROGRAM |

| | |
|---|---|
| (330)-643-2600 | **MONTHLY DELINQUENT CONTRACT PROGRAM** |
| (330)-643-2587 | **TAX BILL MAILING INFORMATION** |
| (330)-643-2589 | **PAYMENT INFORMATION** |

### Click the Following Links to Navigate the Tax Years

2009  2008  2007  2006  2005  2004  2003  2002  2001  2000  1999  1998  1997  1996