IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | CASE NO: 10-55072 |
| --- | --- | --- |
| Mariano Frances Brantley | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
| | ) | ADVERSARY NO: 10-05147 |
| Mariano Frances Brantley | ) | |
| | ) | MOTION TO DISMISS PARTY |
| Plaintiff | ) | DEFENDANT |
| v. | ) | |
| CitiMortgage | ) | |
| Defendant | ) | |
| and | ) | |
| Mortgageit, Inc. | ) | |
| Defendant | ) | |

    Now comes the plaintiff, by and through the undersigned counsel, who prays for the entry of an order dismissing Mortgageit, Inc. as a party defendant in the within adversary action. The plaintiff states that pursuant to the correspondence attached hereto as Exhibit "A," Mortgageit, Inc. avers that it no longer has any ownership interest in the second mortgage that is the subject of the plaintiff's complaint and that it is not a proper party to this adversary action to strip this second mortgage.

    WHEREFORE, the plaintiff prays for the entry of an order dismissing the within complaint as to the defendant Mortgageit, Inc., only.

Respectfully Submitted,

/s/ Robert M. Whittington, Jr. 0007851
Attorney for the Plaintiff
159 S. Main St., Suite 1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
elkwhitt@neo.rr.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by ordinary U.S. Mail, postage prepaid, this 8th day of December, 2010 to:

Mary Doherty, Counsel,
MortgageIT, Inc.
60 Wall St., 36th Floor
New York, NY 10005

/s/ Robert M. Whittington, Jr.

**Subject:** Fw: Mariano F. Brantley v. CitiMortgage, MortgageIT, Inc. et al. - Summons and Complaint
**From:** Mary Doherty <mary.doherty@mortgageit.com>
**Date:** Tue, 7 Dec 2010 17:50:35 -0500
**To:** elkwhitt@neo.rr.com

Dear Mr. Whittington,

I am in-house counsel for MortgageIT, Inc. and in receipt of the above referenced complaint.   Please be advised that this second lien loan was a MERS loan and it was sold on the secondary mortgage market.  Indeed, MortgageIT, Inc. sold the second lien to CitiMortgage, Inc. in or about April 5, 2007.  Accordingly, attached please find the relevant MERS documents that indicate the transfer via the MERS system and that Citimortgage, Inc. is the current investor and servicer of record.  Furthermore, your client should be receiving monthly mortgages statements from Citimortgage, Inc. (indicating that it is the investor and servicer of record) with regard to this second lien.  Accordingly, because MortgageIT, Inc. no longer own this loan, it is not a proper party to this lawsuit and requests that it be dismissed from this matter.  As a courtesy, we have sent this notification to Citimortgage, Inc.

Thank You and Kind Regards,

Mary Doherty, Esq.
Counsel
MortgageIT, Inc.
60 Wall Street, 36th Floor
New York, NY 10005

--
```
This communication may contain confidential and/or privileged information.
If you are not the intended recipient (or have received this communication
in error) please notify the sender immediately and destroy this
communication. Any unauthorized copying, disclosure or distribution of the
material in this communication is strictly forbidden.

Deutsche Bank does not render legal or tax advice, and the information
contained in this communication should not be regarded as such.
```

| Mariano Frances Brantley v. Citimortgage, et al. - Summons & Complaint.pdf | Content-Type: application/pdf |
|---|---|
| | Content-Encoding: base64 |

MERS-Mariano Brantley.pdf

| MERS-Mariano Brantley.pdf | Content-Type: application/pdf |
|---|---|
| | Content-Encoding: base64 |



EXHIBIT A

# MILESTONES for 1001120-6571877289-6



| Description | Date | Initiating Organization / User | Milestone Information |
|---|---|---|---|
| Transfer Beneficial Rights - Option 2 | 04/05/2007 | 1001120 MortgageIT, Inc.<br><br>Jared Pierce | MIN Status: Active (Registered)<br>New Investor: 1000115 CitiMortgage, Inc.<br>Old Investor: 1001120 MortgageIT, Inc.<br>Batch Number: 4468543<br>Transfer Date: 04/04/2007 |
| Transfer of Flow Servicing Rights | 06/30/2006 | 1000375 GMAC Mortgage, LLC<br><br>Batch | MIN Status: Active (Registered)<br>New Servicer: 1000115 CitiMortgage, Inc.<br>Old Servicer: 1001120 MortgageIT, Inc.<br>New Subservicer: None<br>Old Subservicer: 1000375 GMAC Mortgage, LLC<br>Batch Number: 3542000<br>Sale Date: 06/21/2006<br>Transfer Date: 06/21/2006 |
| Registration | 04/17/2006 | 1001120 MortgageIT, Inc.<br><br>Batch | MIN Status: Active (Registered)<br>Servicer: 1001120 MortgageIT, Inc.<br>New Subservicer: 1000375 GMAC Mortgage, LLC<br>Old Subservicer: None |

# MIN SUMMARY



## Summary

1001120-6571877289-6  
737 GRACE AVE  
AKRON, OH 44320

Active (Registered)  
MOM  
Subordinate Lien

| | | | |
|---|---|---|---|
| Reg Date | 04/17/2006 | | |
| County | Summit | QR | Y |
| Primary Borrower | BRANTLEY, MARIANO | | |
| Pool Number | N/A | Investor Loan Number | N/A |
| Note Amount | $14,800.00 | Note Date | 04/07/2006 |
| Servicer | 1000115 - CitiMortgage, Inc. | | |
| Custodian | N/A | | |
| Investor | 1000115 - CitiMortgage, Inc | | |
| Subservicer | N/A | | |
| Interim Funder | N/A | | |
| Originating Organization | N/A | | |
| Property Preservation Co. | N/A | | |

### Pending Batches

| Batch Number | Transfer Type | Status | Transfer Date | Sale Date |
|---|---|---|---|---|

No Pending Batches!